In the Matter of the Application of EDITH H. CHASE, Appellant, against FREDERICK C. MASON et al., as Trustees of Union Free School District No. 1, Town of Massena et al., Respondents.

*Schools — teachers — mandamus to compel trustees of union free school to re-employ a teacher denied.*

*Matter of Chase* v. *Mason*, 216 App. Div. 562, affirmed.

(Argued December 1, 1926; decided December 31, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 28, 1926, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the trustees of a school district in the town of Massena to re-employ the petitioner to teach in the public schools in that district and denied the motion. It was contended under section 888 of the Education Law that the trustees were bound to re-employ a teacher whose past services had never been declared unsatisfactory.

*Giles A. Chase* for appellant.

*Andrew J. Hanmer* for respondents.

*Ernest E. Cole,* for Commissioner of Education, respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

OTTO SEEBERGER, Respondent, *v.* PUTNAM & Co., INC., et al., Appellants.

*Negligence — electricity — action for injury received from coming in contact with rail charged with electricity while installing piping in building.*

*Seeberger* v. *Putnam & Co., Inc.,* 216 App. Div. 843, affirmed.

(Argued December 1, 1926; decided December 31, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1926, unanimously affirming